IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RHEALYN ALEXANDER, individually and as natural mother and next friend of E. I., a minor, | ) ) ) ) | |
| Plaintiff, | ) ) | NO. 3:14-cv-01085-JPG-DGW (St. Clair County, IL No. 14-L-633) |
| -vs- | ) ) | |
| ST. LOUIS UNIVERSITY, | ) ) | |
| Defendant. | ) | |

NOTICE OF REMOVAL

Now comes the Defendant, ST. LOUIS UNIVERSITY, by and through its undersigned attorneys, and for its Notice of Removal to the United States District Court of the Southern District of Illinois, pursuant to 28 U.S.C.A. §§1441 and 1446, states as follows:

1. This action was filed on September 10, 2014, in the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, under cause number 14-L-633.

2. In the Complaint and Affidavit of Plaintiff's counsel, Plaintiff claims money damages in an amount in excess of $50,000.00, plus costs.

3. Complete diversity of citizenship exists in that this action is between citizens of different states. Specifically, the citizenship of the parties exists as follows:

    a. When this action was commenced and at this time of removal, Plaintiff, RHEALYN ALEXANDER, and the minor Plaintiff, E.I., made their domicile in the State of Illinois. Thus, they are citizens and residents of the State of Illinois at all pertinent times.

      b.      At all pertinent times, Defendant, ST. LOUIS UNIVERSITY, a benevolent corporation, is a citizen of the State of Missouri, its state of incorporation and the state where it has its principal place of business.

4.      A copy of all papers served upon ST. LOUIS UNIVERSITY are supplied herewith: Summons and Complaint filed in the State Court (Exhibit 1).

5.      The Illinois State Court pleadings system with respect to alleging the amount of damages sought in a personal injury case does not permit demand for a specific sum in the Complaint and permits recovery of damages in excess of the amount demanded (735 ILCS 5/2-604); therefore, this suit falls under the provisions of 28 USC Section 1446(c)(2)(A)(ii).

6.      The injuries to the minor Plaintiff asserted by the Plaintiff in the Complaint (Exhibit 1) include, among other things, "bilateral quadricep deformities and knee flexion deformities and injuries to her lower extremities resulting in the loss of the ability to ambulate" and "multiple permanent and disabling injuries" as well as, among other things, costs of medical care. Thus the amount in controversy, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00).

7.      Defendant, ST. LOUIS UNIVERSITY, was served with a copy of the Complaint and Summons on September 23, 2014. Therefore, this Notice of Removal is filed in this Court within 30 days of the date of service on the Defendant.

8.      Jurisdiction of this Court over this matter exists pursuant to 28 U.S.C. 1332(a)(1).

        ST. LOUIS UNIVERSITY, Defendant

        HOAGLAND, FITZGERALD & PRANAITIS

        BY: s/Alphonse J. Pranaitis
            ALPHONSE J. PRANAITIS
            alpran@il-mo-lawfirm.com

Business Address:
401 Market Street
P. O. Box 130
Alton, IL  62002
Telephone:  (618)  465-7745
Fax:  (618)  465-3744

CERTIFICATE OF SERVICE

      I hereby certify that on October 6, 2014 I electronically filed Notice of Removal with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Mr. Joseph A. Bartholomew
Cook, Ysursa, Bartholomew,
   Brauer & Shevlin, Ltd.
12 West Lincoln Street
Belleville, IL 62220
Telephone: (618) 235-3500
Facsimile: (618) 235-7286
peggy@cooklawoffice.com
**Attorneys for Plaintiff**

                ST. LOUIS UNIVERSITY, Defendant

                HOAGLAND, FITZGERALD & PRANAITIS

                BY: s/Alphonse J. Pranaitis
                    ALPHONSE J. PRANAITIS

Business Address:        alpran@il-mo-lawfirm.com
401 Market Street
P. O. Box 130
Alton, IL 62002
Telephone: (618) 465-7745
Fax: (618) 465-3744