CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois ) S.S.
County of St. Clair )

Case Number __14 L 635__  9/23/14  2:15p   Served

Amount Claimed __IN EXCESS OF $50,000.00 +__

| RHEALYN ALEXANDER individually and as natural mother and next friend of E_____ 1__, a minor | ST. LOUIS UNIVERSITY |
|---|---|
| | VS |
| Plaintiff(s) | Defendant(s) |

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

Pltf. Atty. __Joseph A. Bartholomew__ Code _____
Address __12 West Lincoln St.__
City __Belleville, IL 62220__ Phone __235-3500__
Add. Pltf. Atty. _____ Code _____

NAME  ST. LOUIS UNIVERSITY
      3635 Vista Ave.
      St. Louis, MO 63110
ADDRESS  c/o any officer, agent or employee

SUMMONS COPY
To the above named defendant(s)......:

CITY & STATE

☐ A. You are hereby summoned and required to appear before this court at (court location) _____ at _____ M. On _____ 20 __ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☒ B. You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____ 9-11 20 14

Clerk of Court
BY DEPUTY: _____

SEAL

DATE OF SERVICE: _____, 20 __
(To be inserted by officer on copy left with defendant or other person)

NOTICE TO DEFENDANT IN SMALL CLAIMS UNDER $15,000- -SEE REVERSE SIDE

CC-MR-1

Exhibit 1 to Notice of Removal
No. 3:14-cv-01085-JPG-DGW
Page 1 of 9

```
                  IN THE CIRCUIT COURT
               TWENTIETH JUDICIAL CIRCUIT
                ST. CLAIR COUNTY, ILLINOIS
```

RHEALYN ALEXANDER          )
individually and as natural )
mother and next friend of  )
E▓▓▓▓ I▓▓, a minor,         )
                            )
   Plaintiff,               )
                            )
vs.                         )     No. 14-L-633
                            )
ST. LOUIS UNIVERSITY,       )
                            )
   Defendant.               )



FILED
ST. CLAIR COUNTY
SEP 10 2014
CIRCUIT CLERK

## COMPLAINT

### COUNT I

Comes now the Plaintiff, RHEALYN ALEXANDER, as natural mother and next friend of E▓▓▓▓ I▓▓, a minor, by and through her attorneys, COOK, YSURSA, BARTHOLOMEW, BRAUER & SHEVLIN, LTD., and JOSEPH A. BARTHOLOMEW, and for Count I of her Complaint against the Defendant, ST. LOUIS UNIVERSITY, states as follows:

1. That on or about November 19, 2012 and through 2013 the Defendant, ST. LOUIS UNIVERSITY, was a Missouri corporation duly authorized to do business in the State of Illinois and provide medical services and said Defendant provided medical services through its physicians and agents to the minor child, Eiyana Ivy.

2. That the Defendant, ST. LOUIS UNIVERSITY, by and through its agents, staff and employees, Elizabeth Engel, M.D., and other physicians including residents and fellows and nurses and

physical therapists failed to apply the knowledge and use the skill and care ordinarily used by a reasonably well-qualified healthcare provider and therefore was professionally negligent in the following manner:

    (a)    negligently and carelessly failed to obtain follow up radiographs of the patient's knees until on or about 9/10/13 in the setting of pain and worsening knee contractures.

3. That as a direct and proximate result of the Defendant's negligent acts or omissions, the minor, E████ I██, sustained bilateral quadricep deformities and knee flexion deformities and injuries to her lower extremities resulting in the loss of the ability to ambulate and to suffer multiple permanent and disabling injuries including loss of enjoyment of a normal life, disfigurement, disability, pain, suffering, inability to become adequately educated, impairment of earning capacity, present and future healthcare costs including medical care and treatment; all to hER damage in a substantial amount.

WHEREFORE, the Plaintiff, RHEALYN ALEXANDER, as natural mother and next friend of E████ I██, a minor, prays judgment against the Defendant, ST. LOUIS UNIVERSITY, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) plus costs herein expended.

                                                _____
                                                JOSEPH A. BARTHOLOMEW
                                                Attorney for Plaintiff
                                                IL REG #6187925

COOK, YSURSA, BARTHOLOMEW,
BRAUER & SHEVLIN, LTD.
12 West Lincoln Street
Belleville, Illinois  62220
(618) 235-3500

## COUNT II

Comes now the Plaintiff, RHEALYN ALEXANDER, individually, by and through her attorneys, COOK, YSURSA, BARTHOLOMEW, BRAUER & SHEVLIN, LTD., and JOSEPH A. BARTHOLOMEW, and for Count II of her Complaint against the Defendant, ST. LOUIS UNIVERSITY, states as follows:

1. That on or about November 19, 2012 and through 2013 the Defendant, ST. LOUIS UNIVERSITY, was a Missouri corporation duly authorized to do business in the State of Illinois and provide medical services and said Defendant provided medical services through its physicians and agents to the minor child, E█████ I██.

2. That the Defendant, ST. LOUIS UNIVERSITY, by and through its agents, staff and employees, Elizabeth Engel, M.D., and other physicians including residents and fellows and nurses and physical therapists failed to apply the knowledge and use the skill and care ordinarily used by a reasonably well-qualified healthcare provider and therefore was professionally negligent in the following manner:

    (a)   negligently and carelessly failed to obtain follow up radiographs of the patient's knees until on or about 9/10/13 in the setting of pain and worsening knee contractures.

3. That as a direct and proximate result of the Defendant's negligent acts or omissions, the minor, E██████ I██, sustained bilateral quadricep deformities and knee flexion deformities and injuries to her lower extremities resulting in the loss of the ability to ambulate causing the plaintiff under the Family Medical Expense Act to incur multiple medical bills both past and future and additional healthcare costs.

WHEREFORE, the Plaintiff, RHEALYN ALEXANDER, as natural mother and next friend of E██████ I██, a minor, prays judgment against the Defendant, ST. LOUIS UNIVERSITY, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) plus costs herein expended.

_____
JOSEPH A. BARTHOLOMEW
Attorney for Plaintiff
IL REG #6187925

COOK, YSURSA, BARTHOLOMEW,
BRAUER & SHEVLIN, LTD.
12 West Lincoln Street
Belleville, Illinois  62220
(618) 235-3500

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| RHEALYN ALEXANDER individually and as natural mother and next friend of E▓▓ I▓, a minor,<br><br>    Plaintiff,<br><br>vs.<br><br>ST. LOUIS UNIVERSITY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 14-L-633<br>)<br>)<br>)<br>) |

### A F F I D A V I T

FILED
ST. CLAIR COUNTY
SEP 10 2014

JOSEPH A. BARTHOLOMEW, being first duly sworn upon his oath, deposes and states as follows:

1. That he is the attorney for the Plaintiff. That upon information and belief the damages suffered by the Plaintiff in the instant complaint attached hereto exceeds the sum of $50,000.00.

Affiant further sayeth not.

_____
JOSEPH A. BARTHOLOMEW

SUBSCRIBED AND SWORN to before me, a Notary Public, this 8th of September, 2014.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
PEGGY S COTTNER
NOTARY PUBLIC — STATE OF ILLINOIS
MY COMMISSION EXPIRES JUNE 24 2016

COOK, YSURSA, BARTHOLOMEW,
BRAUER & SHEVLIN, LTD.
12 West Lincoln Street
Belleville, Illinois   62220
(618) 235-3500

Page 1 of 1

Exhibit 1 to Notice of Removal
No. 3:14-cv-01085-JPG-DGW
Page 6 of 9

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| RHEALYN ALEXANDER individually and as natural mother and next friend of E▮▮ I▮, a minor, <br><br> Plaintiff, <br><br> vs. <br><br> ST. LOUIS UNIVERSITY, <br><br> Defendant. | ) ) ) ) ) ) ) ) No.  14-L-633 ) ) ) ) ) ) <br><br> FILED <br> ST. CLAIR COUNTY <br> SEP 10 2014 <br> CIRCUIT CLERK |

**A F F I D A V I T**

**JOSEPH A. BARTHOLOMEW**, being duly sworn upon his oath and pursuant to the Provisions of 735 ILCS 5/2-622, deposes and states as follows:

1. That the affiant has consulted and reviewed the facts of the case with a health professional who the affiant reasonably believes is knowledgeable in the relevant issues involved in the particular action and has practiced within the last six years in the same area of medicine that is at issue in this particular action and who is qualified by experience in the subject of this case.

2. That the reviewing health professional has determined in a written report, after review of the medical records and other relevant materials involved in the particular action that there is a reasonable and meritorious cause for filing such an action.

3. That affiant has concluded on the basis of the reviewing health professional's review and consultation, that there is a reasonable and meritorious cause for filing the above-styled action against St. Louis University.

4. That the reviewing healthcare professional is Board Certified.

5. That a copy of the Certificate of Merit is attached hereto and incorporated herein by reference.

6. That this case has never before been filed.

_____
JOSEPH A. BARTHOLOMEW

SUBSCRIBED AND SWORN, to before me, a Notary Public, this ____ day of __September__, 2014.

_____
NOTARY PUBLIC

My Commission Expires:

"OFFICIAL SEAL"
PEGGY S COTTNER
NOTARY PUBLIC — STATE OF ILLINOIS
MY COMMISSION EXPIRES JUNE 24, 2016

Page 2 of 2

Exhibit 1 to Notice of Removal
No. 3:14-cv-01085-JPG-DGW
Page 8 of 9

Standard of Care Certificate

August 14, 2014

Re: E▮▮▮ I▮▮

I am a licensed medical doctor and I have been engaged in the practice of medicine within the previous six (6) years. I am knowledgeable concerning the areas of medicine in this particular action. I have reviewed the pertinent medical documents concerning the care and treatment of E▮▮▮ I▮▮, who was diagnosed with contractures secondary to arthrogryposis. Dr. Elizabeth Engel performed bilateral anterior distal femur "physeal" plating on Eiyana Ivy, on or about 11/19/2012. C-arm radiographs of the knees on 11/19/12 at 11:19 demonstrated screw and plate closure of the distal femoral "physis" both medially and laterally. Knee Xrays were performed on or about 1/8/13, which demonstrated no change in alignment. The knee contractures worsened during the postoperative period while participating in physical therapy. She had pain documented in the physical therapy notes. Despite a worsening condition, X-rays were not performed again until on or about 9/10/13. Those radiographs demonstrated loose hardware in both knees with migration. In addition, there was a suggestion of osteochondritis dessicans of the medial/distal femoral condyle. Based on the information reviewed and considered, it is my opinion that St. Louis University (by and through its agents, servants and amployees) deviated from the acceptable standards of medical practice by failing to obtain follow-up radiographs of the knees until on or about 9/10/13, in the setting of pain and worsening knee contractures.

Exhibit 1 to Notice of Removal
No. 3:14-cv-01085-JPG-DGW
Page 9 of 9