IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RHEALYN ALEXANDER, individually ) and as natural mother and next friend of ) E.I., a minor, ) ) Plaintiff, ) ) -vs- ) ) ST. LOUIS UNIVERSITY, ) ) Defendant. ) | | NO. 3:14-cv-01085-JPG-DGW |

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Come now the Plaintiff, RHEALYN ALEXANDER, individually and as natural mother and next friend of E.I., a minor, by her undersigned attorneys, and the Defendant, ST. LOUIS UNIVERSITY, by its undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., they do hereby stipulate that this case can be dismissed without prejudice and without costs.

The Law Office of Rhonda D. Fiss, P.C.
23 Public Square
Belleville, IL  62220
Telephone:  618-233-8590
jdd@fisslawoffice.com

Joseph A. Bartholomew
Cook, Ysursa, Bartholomew, Brauer & Shevlin, Ltd.
12 West Lincoln Street
Belleville, IL  62220
Telephone:  618-235-3500
peggy@cooklawoffice.com

BY: \s\Joseph A. Bartholomew (with authorization)
Attorneys for Plaintiff, Rhealyn Alexander,
individually and as mother and next friend
of E.I., a minor


Alphonse J. Pranaitis
Hoagland, Fitzgerald & Pranaitis
P.O. Box 130
Alton, IL  62002
Telephone:  618-468-2960
alpran@il-mo-lawfirm.com

BY: \s\Alphonse J. Pranaitis