IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RHEALYN ALEXANDER, *individually and as Natural mother and next friend of E.I., a minor,*

    Plaintiff,

        v.

ST. LOUIS UNIVERSITY,

    Defendant.

Case No. 14-cv-1085 JPG/DGW

## MEMORANDUM AND ORDER

This matter comes before the Court on the stipulation of dismissal (doc. 24). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, the parties have presented a stipulation of dismissal. Pursuant to the parties' stipulation, this case is **DISMISSED** without prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: February 17, 2016

                                            *s/J. Phil Gilbert*
                                            UNITED STATES DISTRICT JUDGE